**J. S. McHARGUE, appellant,**

v.

**THE VAN B. SMITH CO., Inc., appellee.**

Court of Appeals of Kentucky.

Feb. 12, 1954.

Elmer Drake, Lexington, for appellant.

Taylor G. Smith, Lexington, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Fayette Circuit Court awarding appellee $455, the purchase price of a power saw, which it is alleged was purchased by appellee's agent.

We think the evidence was sufficient on the question of agency to create an issue of fact for the jury.

The motion for an appeal is overruled and the judgment is affirmed.